[L. A. No. 17889. In Bank. July 30, 1942.]

TONY ALTRAMANO et al., Respondents, v. RODEO DEL LEGIONARRO, INC. (a Corporation) et al., Defendants; LILLIAN J. SWAN et al., Appellants.

James B. Fredericks for Appellants.

Frederick M. Kraft for Respondents.

THE COURT—By a stipulation of the parties, the decision upon the appeal from the judgment rendered in *Altramano* v. *Swan, ante,* p. 622 [128 P. (2d) 353] is determinative of the present appeal, which was taken from an order appointing a receiver made in the same case. As that judgment has been reversed, in accordance with the stipulation the order is reversed.